UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05cr0108-BTM |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING DATE |
| v. | ) | FOR SENTENCING HEARING |
| JUAN EMILIO BARAJAS, | ) | |
| Defendant. | ) | |

O R D E R

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in this case be continued from July 27, 2007, to September 20, 2007, at 9:00 a.m.

DATED: July 23, 2007

Honorable Barry Ted Moskowitz
United States District Judge